JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-0931
   Facsimile: (408) 535-5066
   E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 95-00363 WHA |
|    Plaintiff, ) | |
|    v. ) | **STATUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE UNTIL SEPTEMBER 28, 2010** |
| KIM EDWARD CAMPBELL, ) | |
|    Defendant. ) | |

     Kim Edward Campbell is due to be re-sentenced by this Court. Mr. Campbell is currently serving his sentence at United States Penitentiary (USP) Atwater, in the Eastern District of California.

     Government counsel is submitting to the U.S. Bureau of Prisons a Request for Production of Federal Prisoner under 18 U.S.C. § 3621(d). That Request asks the U.S. Marshals Service to produce Mr. Campbell before this Court on September 28, 2010, at 2:00 p.m., which is a date currently open on Mr. Campbell's counsel's schedule.

     Government counsel has conferred with Mr. Campbell's counsel and the parties agree to continue the status conference scheduled for August 3, 2010, to September 28, 2010, at 2:00 p.m., or any later time ordered by the Court.

STATUS AND STIPULATION
CR 95-00363 WHA

1  The parties therefore ask the Court to approve this Stipulation and continue the
2  status conference to September 28, 2010.

3                                          Respectfully submitted,

4  Dated: August 2, 2010                   JOSEPH P. RUSSONIELLO
                                            United States Attorney

6                                          /s/ Nat Cousins
                                            Assistant United States Attorney

8  AGREED.

10 /s/ Christopher Johns
   JOHNS & ALLYN
   Counsel for Kim Edward Campbell

12                         **ORDER CR 95-00363 WHA**

14 For good cause, the Stipulation is GRANTED and the status conference scheduled
   for August 3, 2010, is continued to September 28, 2010, at 2:00 p.m.

17 Date:   August 3, 2010.
                                            _____
                                            Hon. WILLIAM H. ALSUP
                                            U.S. DISTRICT COURT JUDGE

   IT IS SO ORDERED
   /s/ Judge William Alsup